UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.  SACV 13-510-JST (RNBx) | Date:  May 1, 2013 |
| Title:  Armin Wittenburg v. Russo and Steele, LLC, et al. | |

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Dwayne Roberts | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                  Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER REQUIRING PLAINTIFF TO SHOW CAUSE RE SUBJECT-MATTER JURISDICTION**

Plaintiff Armin Wittenburg filed this case in federal court on the basis of diversity jurisdiction.  (Compl. ¶ 13, Doc. 1.)  Plaintiff asserts that "[t]here exists a diversity of citizenship between Plaintiff and Defendants in that the Russo Defendants [Russo and Steele, LLC and Russo and Steele, L.L.C.[1]] either reside in or operate two (2) principal offices, one (1) located in Arizona and the other in Costa Mesa, California."  (*Id*.)  Plaintiff, thus, seemingly asserts that Russo and Steele, LLC is a citizen of both Arizona and California.  A limited liability company, however, is a citizen of every state of which "its owners/members are citizens."  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

Moreover, Plaintiff asserts that he is an "individual residing in . . . California," (*see* Compl. ¶ 1), and is therefore a citizen of California.  Diversity of citizenship, however, exists only when "there is complete diversity between all named plaintiffs and all named defendants."  *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 84 (2005).  In order to establish complete diversity between parties for the purpose of establishing federal subject-matter jurisdiction pursuant to 28 U.S.C. § 1332, all parties must be "citizens of different States."  28 U.S.C. § 1332(a)(1).  Plaintiff has failed to show how parties are

---

[1] On April 25, 2013, Plaintiff filed a Notice of Dismissal Pursuant to Federal Rule of Civil Procedure 41, dismissing this action as to Defendant Russo and Steele, L.L.C.  (Doc. 8.)  Accordingly, Plaintiff need not allege the citizenship of Russo and Steele, L.L.C., but only of Russo and Steele, LLC.

___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 13-510-JST (RNBx)                      Date:  May 1, 2013

Title:  Armin Wittenburg v. Russo and Steele, LLC, et al.

completely diverse, and has instead provided the Court with evidence to show that parties are not, in fact, diverse.

       Accordingly, Plaintiff is ordered to show cause no later than **May 10, 2013**, why this case should not be dismissed for lack of subject-matter jurisdiction.  Specifically, Plaintiff must allege the citizenship of Defendant Russo and Steele, LLC.  Failure to timely respond will result in immediate dismissal of this action.

                                                     Initials of Preparer:  _____

___