UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMIN WITTENBERG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RUSSO AND STEELE, LLC, an Arizona limited liability company, RUSSO AND STEELE, L.L.C., A California limited liability company, PAUL "BARNEY" HALLINGBY, an individual, JOHN BEMIS, an individual, ANDREW M. ALCAZAR, an individual, BO BELL, an individual, DEF Corporations 11-20; GHI Partnerships 21-30 and JKL Unincorporated Associations 31-40,<br><br>Defendants. | Case No. SACV13-510 JLS (RNBx)<br><br>Assigned for All Purposes to the Honorable Josephine L. Staton<br><br>**FINAL JUDGMENT** |

The Court, having entered its Orders granting Defendants' Motions to Dismiss and granting in part and denying in part the Attorneys' Fees Motions and being fully advised in all pertinent matters, enters judgment as follows:

Judgment is entered on Plaintiffs' First Amended Complaint in favor of Defendant Paul Hallingby ("Hallingby") and Defendants Russo and Steele, LLC; Russo and Steele L.L.C.; John Bemis; Andrew M. Alcazar; and Bo Bell ("Russo Defendants"). Judgment is entered against Wittenberg and in favor of Russo Defendants for $56,679.61 in attorneys' fees and costs and post-judgment interest at a rate set by 28 U.S.C. § 1961(a). Judgment

is entered against Wittenberg and in favor of Hallingby for costs in the amount of $2,090.20, and post-judgment interest at a rate set by 28 U.S.C. § 1961(a).

**SO ORDERED:**

Dated:  February 03, 2014

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE